**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW MEXICO**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

**vs.**                                                                      **Case No. 24-mj-00348-JHR**

**BRANDON JOHN MARTIN,**

      **Defendant.**

## ORDER CONTINUING PRELIMINARY/DETENTION HEARING

THIS MATTER having come before the Court on Motion of the defense, the Government

not opposing, and good cause being shown.

IT IS SO ORDERED that the Preliminary/Detention Hearing scheduled for March 14th,

2024 is hereby continued, and the same shall be reset to March 18, 2024.

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE